DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700                    **OK/HAV**


Attorney for Defendant
STEVEN RALPH RUSSELL



                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-06-340 DFL |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| | ) STATUS CONFERENCE |
| v. | ) |
| | ) |
| STEVEN RALPH RUSSELL, | ) Date:  November 30, 2006 |
| | ) Time:  10:00 a.m. |
| Defendant. | ) Judge: David F. Levi |
| _____ | ) |

     It is hereby stipulated between the parties, Mary M. French,

attorney for the defendant, and Carolyn Delaney, Assistant United

States Attorney, attorney for the plaintiff, that the status conference

hearing date of September 28, 2006 be vacated and a status conference

hearing date of November 30, 2006 at 10:00 a.m. be set.

     This continuance is requested because counsel for defendant

is awaiting discovery materials and needs time to review the discovery

and conduct investigations.

     It is further stipulated that the period from September 28, 2006,

through and including November 30, 2006, should be excluded pursuant to

1 | 18 U.S.1C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity

2 | of counsel and defense preparation.

3 |                                      Respectfully submitted,

4 | Dated: September 27, 2006

5 |                                      DANIEL J. BRODERICK
6 |                                      Federal Defender

7 |                                      /s/ Mary M. French

                                   _____
8 |                                    MARY M. FRENCH
                                   Supervising Assistant
9 |                                    Federal Defender
                                   Attorney for Defendant
10 |                                    STEVEN RALPH RUSSELL

11 | Dated: September 27, 2006         MCGREGOR W. SCOTT
12 |                                    United States Attorney

13 |                                    /s/ Mary M. French for
14 |                                    _____
15 |                                    CAROLYN DELANEY
                                   Assistant U.S. Attorney
16 |                                    per telephonic authorization

17 |                                   **ORDER**

18 | **IT IS SO ORDERED.**
19 |

20 | Dated: September 28, 2006

21 |                                  /s/David F. Levi
                                 DAVID F. LEVI
22 |                                  United States District Judge

23 |
24 |
25 |
26 |
27 |
28 |