```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700                    OK/HAV
 5

 6  Attorney for Defendant
    STEVEN RALPH RUSSELL
 7

 8

 9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    )  No. CR-S-06-340 DFL
                                 )
13             Plaintiff,        )  STIPULATION AND ORDER CONTINUING
                                 )  STATUS CONFERENCE
14        v.                     )
                                 )
15  STEVEN RALPH RUSSELL,        )  Date:  January 18, 2007
                                 )  Time:  10:00 a.m.
16             Defendant.        )  Judge: David F. Levi
    _____)
17
```

18      It is hereby stipulated between the parties, Mary M. French,

19 attorney for the defendant, and Carolyn Delaney, Assistant United

20 States Attorney, attorney for the plaintiff, that the status conference

21 hearing date of November 30, 2006 be vacated and a status conference

22 hearing date of January 18, 2007 at 10:00 a.m. be set.

23      This continuance is requested because counsel for defendant

24 is in receipt of a proposed plea agreement in this matter and needs

25 additional time to review the proposed plea agreement with defendant,

26 as well as conduct on-going investigation and research.

27      It is further stipulated that the period from November 30, 2006,

28 through and including January 18, 2007, should be excluded pursuant to

1
2  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
3  counsel and defense preparation.
4                                      Respectfully submitted,
5  Dated: November 30, 2006
6                                      DANIEL J. BRODERICK
                                       Federal Defender
7
                                       /s/ Mary M. French
8                                      _____
                                       MARY M. FRENCH
9                                      Supervising Assistant
                                       Federal Defender
10                                     Attorney for Defendant
                                       STEVEN RALPH RUSSELL
11
12
   Dated: November 30, 2006            MCGREGOR W. SCOTT
13                                     United States Attorney
14
                                       /s/ Mary M. French for
15                                     _____
                                       CAROLYN DELANEY
16                                     Assistant U.S. Attorney
                                       per telephonic authorization
17
18                                   **ORDER**
19
   **IT IS SO ORDERED**.
20
21 Dated: December 1, 2006
                                       /s/ David F. Levi
22                                     _____
                                       DAVID F. LEVI
                                       United States District Judge
23
24
25
26
27
28

Stipulation & Order/Russell            2