DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700                              **OK/HAV**

Attorney for Defendant
STEVEN RALPH RUSSELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-340 DFL |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | STATUS CONFERENCE |
| v. ) | |
| ) | |
| STEVEN RALPH RUSSELL, ) | Date:  February 15, 2007 |
| ) | Time:  10:00 a.m. |
| Defendant. ) | Judge: David F. Levi |
| _____ ) | |

    It is hereby stipulated between the parties, Mary M. French, attorney for the defendant, and Carolyn Delaney, Assistant United States Attorney, attorney for the plaintiff, that the status conference hearing date of January 18, 2007, be vacated and a status conference hearing date of February 15, 2007, at 10:00 a.m. be set.

    This continuance is requested because counsel for defendant is still in the process of requesting and reviewing medical and other records and is also in the process of having defendant evaluated. Defense investigation is on-going as well.

    It is further stipulated that the period from January 18, 2007, through and including February 15, 2007, should be excluded pursuant to

1  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
2  counsel and defense preparation.
3                                         Respectfully submitted,
4  Dated: January 16, 2007
5                                         DANIEL J. BRODERICK
                                          Federal Defender
6
                                          /s/ Mary M. French
7                                         _____
                                          MARY M. FRENCH
8                                         Supervising Assistant
                                          Federal Defender
9                                         Attorney for Defendant
                                          STEVEN RALPH RUSSELL
10
11
   Dated: January 16, 2007                MCGREGOR W. SCOTT
12                                        United States Attorney
13
                                          /s/ Mary M. French for
14                                        _____
                                          CAROLYN DELANEY
15                                        Assistant U.S. Attorney
                                          per telephonic authorization
16
17                            **ORDER**
18
   **IT IS SO ORDERED.**
19
20 Dated: 01/23/2007
                                          /s/ David F. Levi
21                                        _____
                                          DAVID F. LEVI
22                                        United States District Judge
23
24
25
26
27
28

Stipulation & Order/Russell              2