DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814          **OK/HAV**
Telephone: (916) 498-5700

Attorney for Defendant
STEVEN RALPH RUSSELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-340 DFL |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | STATUS CONFERENCE |
| v. ) | |
| ) | |
| STEVEN RALPH RUSSELL, ) | Date: March 1, 2007 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Judge: David F. Levi |
| _____ ) | |

   It is hereby stipulated between the parties, Mary M. French, attorney for the defendant, and Carolyn Delaney, Assistant United States Attorney, attorney for the plaintiff, that the status conference hearing date of February 15, 2007, be vacated and a status conference hearing date of March 1, 2007, at 10:00 a.m. be set.

   This continuance is requested because the parties continue to work on a resolution of this matter and defense investigation is on-going as well.

   It is further stipulated that the period from February 15, 2007, through and including March 1, 2007, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

counsel and defense preparation.

Respectfully submitted,

Dated: February 15, 2007

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
STEVEN RALPH RUSSELL

Dated: February 15, 2007        MCGREGOR W. SCOTT
United States Attorney

/s/ Mary M. French for
_____
CAROLYN DELANEY
Assistant U.S. Attorney
per telephonic authorization

**ORDER**

**IT IS SO ORDERED**.

Dated: 2/16/2007

/s/ David F. Levi
_____
DAVID F. LEVI
Senior United States District Judge

Stipulation & Order/Russell                2