UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**ORDER OF REASSIGNMENT**

The Court, having considered the appointment of United States District Judge John A. Mendez, finds the necessity for reassignment of this action, and for notice to be given to the affected parties.

IT IS THEREFORE ORDERED that:

This action is hereby reassigned to <u>District Judge John A. Mendez</u>, for all further proceedings. The new case number for this action, which must be used on all future documents filed with the court, is reflected on the Notice of Electronic Filing accompanying this order.

All dates currently set in this reassigned action shall remain pending subject to further order of the court.

Dated:  **April 18, 2011**

_____
ANTHONY W. ISHII, Chief
United States District Judge