DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
STEVEN RALPH RUSSELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 06-340-JAM |
| Plaintiff, | ) | |
| | ) | WAIVER OF APPEARANCE |
| v. | ) | |
| | ) | |
| STEVEN RALPH RUSSELL, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| | ) | |
| | ) | |

   Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant, STEVEN RALPH RUSSELL, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of

1  his attorney, the same as if defendant were personally present; and
2  further agrees to be present in court ready for trial any day and hour
3  the Court may fix in his absence.
4      Defendant further acknowledges that she has been informed of his
5  rights under Title 18 U.S.C. §§3161-3174 (Speedy Trial Act), and
6  authorizes his attorney to set times and delays under that Act without
7  defendant being present.
8  Dated: May 26, 2011                /s/  Steven Russell
9                                     ───────────────────────────
                                      STEVEN RUSSELL
10
    I agree with and consent to my client's waiver of appearance.
11
12 Dated: May 26, 2011                /s/ Benjamin Galloway
                                      BENJAMIN GALLOWAY
13                                    Assistant Federal Defender
                                      Attorney for Defendant
14

15
       IT IS SO ORDERED.
16
   Dated:  5/27/2011
17                                    /s/ John A. Mendez
                                      United States District Court
18

19

20

21

22

23

24

25

26

27

28

**2**