UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>STEVEN R. RUSSELL,<br><br>      Defendant.<br>_____/ | No. 2:11-cr-00187-MCE<br><br>**RELATED CASE ORDER AND REASSIGNMENT** |
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>STEVEN R. RUSSELL,<br><br>      Defendant.<br>_____/ | No. 2:06-cr-00340-JAM |

    The Court has received the Notice of Related Case filed on June 3, 2011.

    Examination of the above-entitled criminal actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 2011).

///

1

1  The basis for the alleged supervised release violation in 2:06-cr-00340-JAM is the same conduct underlying the new indictment in 2:11-cr-00187-MCE.  Consequently, pursuant to Rule 123(a), the two actions shall be related and the older case (2:06-cr-00340-JAM) shall be reassigned to the undersigned.

     IT IS THEREFORE ORDERED that the action denominated 2:06-cr-00340, <u>United States of America v. Steven R. Russell</u> is reassigned to Judge Morrison C. England, Jr. for all further proceedings, and any dates currently set in this reassigned case only is hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:06-cr-00340-MCE.

     IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

     IT IS SO ORDERED.

 Dated: June 6, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE