DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
STEVEN RALPH RUSSELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,      )<br>                            )<br>      v.                    )<br>                            )<br>STEVEN RALPH RUSSELL,       )<br>                            )<br>            Defendant.      )<br>_____) | 2:06-cr-00340-MCE<br>2:11-cr-00187-MCE<br><br>**STIPULATION AND ORDER**<br><br>Date: January 5, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England |

It is hereby stipulated between the parties, Assistant Federal Defender BENJAMIN GALLOWAY, attorney for the defendant, and Assistant United States Attorney MATTHEW MORRIS, attorney for the plaintiff, that the Status Conference/Revocation hearing of December 15, 2011, be vacated and reset for January 5, 2012, at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

/ / /

/ / /

1  Speedy trial time is to be excluded from the date of this order
2 through the date of the Status Conference/Revocation hearing set for
3 January 5, 2012, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable
4 time to prepare] (Local Code T4).

DATED: December 12, 2011      Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /S/ Benjamin Galloway
                              BENJAMIN GALLOWAY
                              Assistant Federal Defender
                              Attorney for Defendant
                              STEPHEN RUSSELL


DATED: December 12, 2011      BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ Benjamin Galloway for
                              MATTHEW MORRIS
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set December 15, 2011 Status Conference/Revocation hearing shall be continued to January 5, 2012, at 9:00 a.m.  It is further ordered that the time period from the date of the parties' stipulation, December 12, 2011, through and including the date of the new Status Conference/Revocation hearing, January 5, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: December 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE