UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>   v.<br><br>STEVEN RUSSELL,<br><br>  Defendant.<br>_____/ | Case No. 2:11-cr-00187 and related case 2:06-cr-00340<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release STEVEN RUSSELL, Case No. 2:11-cr-00187 and related case 2:06-cr-00340, from custody for the following reasons:

```
_____      Release on Personal Recognizance

_____      Bail Posted in the Sum of $_____

_____      Unsecured Appearance Bond

_____      Appearance Bond with 10% Deposit

_____      Appearance Bond with Surety

_____      Corporate Surety Bail Bond

  X        (Other): Pursuant to the Court's Order and
           Judgment of time served.
```

Issued in Sacramento, California on January 26, 2012.

Dated: January 26, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE